## DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

**CONRAD LAURENT,**

                **Plaintiff,**        2005-CV-0125

    v.

**COST-U-LESS V.I., COST-U-LESS, INC.,**

                **Defendant.**

**TO:**    Lee J. Rohn, Esq.
          C. Beth Moss, Esq.

### ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the parties' Stipulation For Dismissal (Docket No. 63).

Accordingly, it is now hereby **ORDERED**:

1.    Stipulation For Dismissal (Docket No. 63) is **GRANTED**.

2.    This matter, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), is **DISMISSED WITH PREJUDICE,** with each party bearing their own costs and fees.

                                ENTER:

Dated: September 17, 2008                        /s/
                                                      GEORGE W. CANNON, JR.
                                                       U.S. MAGISTRATE JUDGE